AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McAllen Division

UNITED STATES OF AMERICA

V.

**Dilax Shan Baskaran**
YOB: 1996
COC: Sri Lanka

Name and Address of Defendant

## CRIMINAL COMPLAINT

Case Number: 7:19-po- 0 182

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __June 13, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowingly, willfully and in violation of law entered or attempted to enter the United States at any time or place other than as designated by immigration officials,

in violation of Title __8__ United States Code, Section(s) __1325(a) ( 1 )__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

On 06/13/2019, the defendant was apprehended at the Anzalduas, Texas Port of Entry walking on the International Bridge during closed hours. The defendant admitted to not being in possession of any legal documentation that would allow him to enter, live, or work in the United States. The defendant was escorted into secondary for further inspection. In secondary, the defendant admitted to having entered the United States illegally by rafting the Rio Grande River on 06/13/19 near Mission, Texas. The defendant is a citizen of ~~Mexico~~ Sri Lanka and has no legal status in the United States.

**I declare under penalty of perjury that the statements in this complaint are true and correct.**
Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

/s/  Nidia Trevino   CBP Enforcement Officer

Sworn to before me and subscribed in my presence,   Signature of Complainant

**June 14, 2019**                                                at   **McAllen, Texas**
Date                                                                  City and State

**J. Scott Hacker**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer                                    Signature of Judicial Officer